# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CETRONE L. MOORE, | ) |
|    Plaintiff, | ) ) ) |
| vs. | ) Civil Action File ) No. 1:22-CV-00160-LMM ) |
| R & L CARRIERS SHARED SERVICES, LLC, | ) ) ) |
|    Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Parties, by and through their undersigned counsel, hereby stipulate and agree that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this March 8, 2022.

**Hall & Lampros, LLP**

/s/ *Gordon Van Remmen*
Gordon Van Remmen
Ga. Bar # 215512
Brittany A. Barto
Ga. Bar # 501673
400 Galleria Parkway
Suite 1150
Atlanta, GA 30339
(404) 876-8100 telephone

**Thompson Hine LLP**

/s/ *Anthony C. White*
Anthony C. White
(Admitted Pro Hac Vice)
41 South High Street, Suite 1700
Columbus, OH 43215
Telephone: (614) 469-3200
Facsimile: (614) 469-3361
Tony.White@ThompsonHine.com

| | |
|---|---|
| (404) 876-3477 facsimile<br>gordon@hallandlampros.com<br>brittany@hallandlampros.com<br><br>*Attorneys for Plaintiff* | **Thompson Hine LLP**<br><br>J. Timothy McDonald<br>Georgia Bar No. 489420<br>Two Alliance Center<br>3560 Lenox Road, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>Tim.McDonald@ThompsonHine.com<br><br>*Attorneys for Defendant* |

Plaintiff's counsel certifies that this stipulation is in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I filed the foregoing ***Stipulation of Dismissal Without Prejudice*** with the ECF filing system which will send a copy to the following counsel of record:

>Anthony C. White
>41 South High Street, Suite 1700
>Columbus, OH 43215
>Telephone: (614) 469-3200
>Facsimile: (614) 469-3361
>Tony.White@ThompsonHine.com
>
>J. Timothy McDonald
>Two Alliance Center
>3560 Lenox Road, Suite 1600
>Atlanta, GA 30326
>Telephone: (404) 541-2900
>Facsimile: (404) 541-2905
>Tim.McDonald@ThompsonHine.com

>*/s/ Gordon Van Remmen*
>Gordon Van Remmen